1004

[No. 14582–7–I. Division One. November 26, 1984.]

*In the Matter of the Personal Restraint of*
GUENTER MANNHALT, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.

[No. 13178–8–I. Division One. November 26, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD
CHESTER FLORY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–03649–4, William C. Goodloe, J., entered April 14, 1983. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Durham, C.J., and Scholfield, J.

[No. 14640–8–I. Division One. November 26, 1984.]

THE STATE OF WASHINGTON, *on the Relation of Michael J. Gilbertson, ET AL, Petitioners,* v. BELLEVUE
DISTRICT COURT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–01206–4, Warren Chan, J., entered March 16, 1984. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Williams and Coleman, JJ.

[No. 11972–9–I. Division One. November 26, 1984.]

ALBERT M. MARK, *Appellant,* v. HARRY BROOKS,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–00498–7, George H. Revelle, J., entered May 7, 1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Durham, C.J., and Callow, J.